FILED IN OPEN COURT
ON 5/29/19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:18-CR-00118-FL

UNITED STATES OF AMERICA　　　　　：
　　　　　　　　　　　　　　　　　　：
　　　　　　　　v.　　　　　　　　　：
　　　　　　　　　　　　　　　　　　：
EZRIEL PAGAN　　　　　　　　　　　：

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement by the defendant on October 18, 2018, and further evidence of record as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), as a firearm, ammunition and accessories used in knowing violations of 18 U.S.C. § 924(c)(1)(A)(i) and 18 U.S.C. §§ 922(g)(1), to wit:

- Colt Mustang Pocketlite .380 caliber handgun with serial number PL49965, and

- Any and all related ammunition, and accessories;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1.　　　That based upon the Memorandum of Plea Agreement as to the defendant, the United States is hereby authorized to seize the above-stated personal

1

property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction. In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 29 day of May , 2019.

LOUISE WOOD FLANAGAN
United States District Judge